# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1743
_____

TYRONE LENARD JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


November 14, 2025


PER CURIAM.

DENIED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tyrone Lenard Jones, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.